**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00812-SKC

ALEX NICKUM, on behalf of himself and a
proposed class of all others similarly situated,

Plaintiff,

v.

CARDINAL GROUP MANAGEMENT &
ADVISORY, LLC, d/b/a CARDINAL GROUP
MANAGEMENT; GLENDALE PROPERTIES I, LLC d/b/a
MINT URBAN INFINITY; GLENDALE PROPERTIES II,
LLC d/b/a MINT URBAN INFINITY,

Defendants.

---

**DEFENDANT CARDINAL GROUP MANAGEMENT & ADVISORY LLC D/B/A CARDINAL GROUP MANAGEMENT'S RULE 7.1 DISCLOSURE STATEMENT**

---

Defendant Cardinal Group Management & Advisory LLC d/b/a Cardinal Group Management ("Defendant" and/or "Cardinal"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits the following disclosures regarding its citizenship for purposes of determining diversity jurisdiction.

1. Cardinal has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.
2. Cardinal is an LLC with the following members:
   a. Alex O'Brien who is a citizen of Colorado;
   b. Jason Luler who is a citizen of California;

c. Eric Frank who is a citizen of Colorado;

d. Wes Whitman who is a citizen of Utah; and

e. Bob Whitman is who is a citizen of Utah.

Dated: March 9, 2026

The original of this pleading is on file at the offices of Winget, Spadafora & Schwartzberg, LLP

*/s/Derek C. Anderson*

Derek C. Anderson, Esq., No. 37727
Jennifer R. O'Shea, Esq., No. 58617
Winget, Spadafora & Schwartzberg, LLP
2530 Junction Place, Suite 102
Boulder, CO 80301
T: (720) 699-1800
F: (720) 699-1801
Email: anderson.d@wssllp.com
Email: oshea.j@wssllp.com
*Attorneys for Defendant Cardinal Group Management*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing *Defendant Cardinal Group Management & Advisory LLC d/b/a Cardinal Group Management's Rule 7.1 Disclosure Statement* with the Court using the CM/ECF system as well as via email to all counsel of record.

*/s/ Derek C. Anderson*
Derek C. Anderson

Steven L. Woodrow, Esq.
Edelson PC
1728 16th St, Suite 210
Boulder, CO 80302
T: 720.824.1579
Email: swoodrow@edelson.com
*Attorney for Plaintiff and the alleged Classes*

Jason Legg, Esq.
Cameron Netherland, Esq.
Justice for the People Legal Center
501 South Cherry Street
Suite 1100
Denver, CO 80246
T: 720-248-8697
Email: gia@justiceforthepeoplecenter.org
Email: spencer@justiceforthepeoplecenter.org
*Attorneys for Plaintiff and the alleged Classes*

Adam B. Wiens, Esq.
Bolor Nyamaa, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 400
Denver, CO 80203
T: (303) 861-7760
F: (303) 861-7767
Email: Adam.Wiens@lewisbrisbois.com
Email: Bolor.Nyamaa@lewisbrisbois.com
*Attorneys for Glendale Properties I, LLC d/b/a Mint Urban Infinity and Glendale Properties II, LLC d/b/a Mint Urban Infinity*